**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Yudelka Ladrillet					CASE NO.: 20−23321−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:		CHAPTER: 13
xxx−xx−1714

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Thomas C. Frost is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: March 5, 2024					Cecelia G. Morris, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re: Case No. 20-23321-cgm
Yudelka Ladrillet Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7      User: admin      Page 1 of 2
Date Rcvd: Mar 05, 2024      Form ID: 128      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yudelka Ladrillet, 182 N Broadway BA, Yonkers, NY 10701-2631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: INFO@CH13KP.COM | Mar 05 2024 19:09:00 | Krista M. Preuss, Chapter 13 Standing Trustee, 399 Knollwood Road, White Plains, NY 10603-1931 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Krista M. Preuss | on behalf of Trustee Krista M. Preuss info@ch13kp.com kpreuss13@ecf.epiqsystems.com |
| Scott J. Goldstein | on behalf of Debtor Yudelka Ladrillet scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| Thomas C. Frost | info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com |

| District/off: 0208-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2024 | Form ID: 128 | Total Noticed: 2 |

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Wesley T Kozeny
    on behalf of Creditor Toyota Motor Credit Corporation Wesley.Kozeny@BonialPC.com
    nybk@km-law.com,Kozeny@ecf.courtdrive.com;Notices.Bonial@ecf.courtdrive.com

TOTAL: 5